copies of the brief must be served and an original and nine copies filed within seven days.

Manuel Bermejo, Respondent, v New York City Health and Hospitals Corporation et al., Defendants, Amsterdam & 76th Associates, LLC, et al., Respondents, and Ibex Construction, LLC, Appellant. (And Third-Party Actions.)

Submitted November 24, 2014; decided January 13, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

Burgers Bar Five Towns, LLC, Respondent, v Burger Holdings Corp., Also Known as Burgers Holding, Inc., et al., Appellants.

Submitted November 24, 2014; decided January 13, 2015

Motion for leave to appeal etc. dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution (*see Burke v Crosson*, 85 NY2d 10, 18 n 5 [1995]).

Burgers Bar Five Towns, LLC, Respondent, v Burger Holdings Corp., Also Known as Burgers Holding, Inc., et al., Appellants.

Submitted December 15, 2014; decided January 13, 2015

Motion for the imposition of sanctions etc. denied.

In the Matter of Luis A. Figueroa-Rolon, Sr., Respondent, v Veronica Torres, Appellant.

Submitted December 1, 2014; decided January 13, 2015